UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER HAIGH,

Plaintiff,

-against-

GRAYSONS SOLICITORS LLP, et al

Defendants.

25-cv-8090 (LTS)

CIVIL JUDGMENT

For the reasons stated in the December 8, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    December 10, 2025
          New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge